UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Automobile Association Inc. ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AAA Autobody Shop, et al., ,<br><br>　　　　Defendant. | Case No.  2:15-cv-02619 MCE CKD<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED again defendant: defendants AAA Autobody Shop and Noorullah Habib, jointly and severally, in the amount of $1,064.56.

August 08, 2016　　　　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/  R. Becknal, Deputy Clerk